**Roger A. LYNCH, Plaintiff—Appellant,**

v.

**PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, Defendant—Appellee.**

No. 05–1396.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 13, 2006.

Decided March 6, 2006.

Karen Creech, Covington, Patrick, Hagins, Stern & Lewis, P.A., Greenville, South Carolina, for Appellant. Theodore D. Willard, Jr., Montgomery, Patterson, Potts & Willard, L.L.P., Columbia, South Carolina, for Appellee.

Before WILKINS, Chief Judge, and MICHAEL and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roger A. Lynch appeals from the district court's award of summary judgment to defendant Provident Life and Accident Insurance Company ("Provident") in this lawsuit concerning Provident's denial of Lynch's claim for long-term disability benefits under an ERISA-governed benefits plan. Upon careful consideration of the record and the parties' briefs, we are unable to identify any reversible error. We are therefore content to dispose of this appeal by adopting the district court's opinion adopting the magistrate judge's recommendations. *See Lynch v. Provident Life and Accident Ins. Co.*, CA–02–3187–HFF (D.S.C. May 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*